IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 5:15 CV 2600 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | JUDGE ADAMS |
| | ) | |
| $84,367.00 IN U.S. CURRENCY, | ) | |
| | ) | MAG. JUDGE LIMBERT |
| Defendant. | ) | COMPLAINT IN FORFEITURE |

NOW COMES plaintiff, the United States of America, by Steven M. Dettelbach, United States Attorney for the Northern District of Ohio, and Phillip J. Tripi, Assistant U.S. Attorney, and files this Complaint in Forfeiture, alleging on information and belief the following:

JURISDICTION AND INTRODUCTION

1. This Court has jurisdiction over this in rem proceeding pursuant to 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881.

2. This Court has venue in this matter pursuant to 28 U.S.C. § 1395.

3. The defendant $84,367.00 in U.S. Currency (hereinafter "defendant currency") was seized on August 1, 2015. The defendant currency is now in the possession of the federal government.

4. Subsequent to the seizure, the Drug Enforcement Administration (hereinafter "DEA") commenced administrative forfeiture proceedings against the defendant currency. Claims to the defendant currency were submitted in the administrative forfeiture proceeding by James E. Golden (hereinafter "Golden") and Tiffany Motley-Golden (hereinafter "Motley"), necessitating the filing of this judicial forfeiture action.

5. The defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because it constitutes proceeds traceable to drug trafficking activities and/or was used or intended to be used to facilitate drug trafficking in violation of 21 U.S.C. § 841(a).

## FORFEITURE COUNT

6. As part of a criminal investigation, agents and detectives of the Akron/Summit County High Intensity Drug Trafficking Area (hereinafter "HIDTA") Initiative/Safe Streets Task Force identified James Golden as a mid-to-upper level cocaine distributor.

7. Golden has a drug-related criminal history which includes the following convictions in the Summit County Court of Common Pleas: Drug Possession, on June 30, 2000, in Case No. CR-1999-10-2400B; and Trafficking in Drugs on June 30, 2000, in Case No. CR-2000-05-1065B.

8. On November 11, 2011, HIDTA officers made a controlled buy, through a confidential source, of 2-1/2 ounces of cocaine from Golden for the purchase price of $2,500.00.

2

The purchased substance was analyzed by the DEA North Central Laboratory and confirmed to be 69.2 grams of cocaine hydrochloride (powder cocaine) with a 66.5% purity.

9. On January 31, 2013, HIDTA officers made a controlled buy, through a confidential source, of 4-1/2 ounces of cocaine from Golden for the purchase price of $5,400.00. The control buy occurred at Golden's previous residence in Akron, Ohio. The purchased substance was analyzed by the DEA North Central Laboratory and confirmed to be 125.5 grams of cocaine hydrochloride (powder cocaine) with a 76.7% purity.

10. On December 16, 2014, Motley reported to the Akron Police Department that a home invasion occurred at her residence located at 544 Douglas Street, Akron, Ohio. Motley stated an unknown amount of money was taken.

11. On August 1, 2015, HIDTA officers executed a search warrant at Golden's residence located at 544 Douglas Street, Akron, Ohio. Golden and Motley were present at the time of the search.

12. During the search, officers located and seized the defendant currency from various locations within the residence: $12,890.00 in a jacket pocket hanging in the basement steps; $14,740.00 in a cabinet above the stove in the kitchen; $330.00 on Golden's person; $17,760.00 in the third floor attic bedroom; and $38,647.00 in the second floor master bedroom.

13. Officers also located within the residence a loaded Taurus PT92 9mm semi-automatic pistol, boxes of ammunition, an electric currency counter, and three plastic bags containing a small amount of suspected marijuana.

14. By reason of the foregoing, the defendant currency is subject to forfeiture to the United States pursuant to the statutory authority set forth in paragraph 5 hereof.

WHEREFORE, plaintiff prays that this Court enter judgment condemning the defendant currency and forfeiting it to the United States of America for disposition according to law and for such other relief as this Court may deem just and proper.

                              Respectfully submitted,

                              STEVEN M. DETTELBACH
                              United States Attorney

By:       /s/ Phillip J. Tripi
                              Phillip J. Tripi
                              Reg. No. 0017767
                              United States Court House
                              801 West Superior Avenue, Suite 400
                              Cleveland, OH 44113
                              Phone: (216) 622-3769
                              Fax:   (216)522-7499
                              Phillip.Tripi@usdoj.gov

## VERIFICATION

STATE OF OHIO        )
                     ) SS.
COUNTY OF CUYAHOGA )

I, Phillip J. Tripi, being first duly sworn, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and one of the attorneys for the Plaintiff in this action. Under penalty of perjury I depose and say the foregoing Complaint in Forfeiture is based upon information officially provided to me and is true as I verily believe.

_____
Phillip J. Tripi
Assistant U.S. Attorney

Sworn to and subscribed in my presence this 14th day of December, 2015.

_____
Notary Public

**MELANIE KATE SANDS**
Notary Public, State of Ohio
My Commission Expires May 6, 2020

5